IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN R. DEMOS, JR. #287-455   *
  Petitioner,
             *

v.            CIVIL ACTION NO. CCB-05-1462
             *

UNITED STATES OF AMERICA, et al.,
  Respondents.      *
        *******

## MEMORANDUM

  John Robert Demos, Jr., an inmate confined at the Stafford Creek Correctional Center in Aberdeen, Washington, filed the instant Petition for Writ of Habeas Corpus. Paper No. 1.  Petitioner alleges that his Washington State conviction is invalid due to various jurisdictional defects created by irregularities in the United States' Constitution, the 1853 Organic Act, and various other statutes.[1]

  This court "in the exercise of its discretion and in furtherance of justice" may transfer petitioner's application for writ of habeas corpus to "the district court for the district within which the State court was held which convicted and sentenced" petitioner.  *See* 28 U.S.C. § 2241(d).  Despite having named the United States of America as a respondent,  Petitioner is challenging the jurisdiction of the state court that presided over his criminal proceedings in the King County Superior Court of Seattle, Washington. All of the records pertaining to these convictions are located in Washington, and petitioner is incarcerated in Washington.  The  King County Superior Court of Seattle is located within the jurisdiction of the United States District Court for the Western District of Washington.  In light of the foregoing, this court shall transfer this case for determination as deemed  appropriate by the United States District Court for the

---

[1] In essence, petitioner challenges his state court convictions.

Western District of Washington.² *See* 28 U.S.C. § 1404.


|   June 8, 2005   |   /s/   |
|---|---|
| Date | Catherine C. Blake |
|  | United States District Judge |

---

²Petitioner has submitted a motion for leave to proceed in forma pauperis. Because this case is being transferred, a ruling on petitioner's filing status will be deferred.